| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>Western District of Missouri | VOLUNTARY<br>PETITION |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Atchison Casting Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): **Atchison Casting Corporation Of Kansas; Atchison Steel Casting & Machining** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec/Tax I.D. No. (if more than one, state all):<br>**48-1156578** | Soc. Sec/Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, State, and Zip Code):<br>**3811 South 48th Terrace<br>St. Joseph, MO 64503** | Street Address of Joint Debtor (No. and Street, City, State, and Zip Code): |
| County of Residence or of the Principal Place of Business:<br>**Buchanan** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**400 South Fourth Street, P.O. Box 188<br>Atchison, KS  66002** | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor (if different from address listed above): **Numerous locations** |
|---|

**INFORMATION REGARDING THE DEBTOR (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
☒ Debtor has been domiciled or has had a residence principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>☐ Individual(s)  ☐ Railroad<br>☒ Corporation  ☐ Stockbroker<br>☐ Partnership  ☐ Commodity Broker<br>☐ Other _____ | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>☐ Chapter 7  ☒ Chapter 11  ☐ Chapter 13<br>☐ Chapter 9  ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business  ☒ Business | **Filing Fee** (Check one box)<br>☒ Full Filing Fee attached<br>☐ Filing fee to be paid in installments.  (Applicable to individuals only.)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

| Statistical/Administrative Information (Estimates only)<br>☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | This Space For Court Use Only |
|---|---|

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ ☐ | ☐ | ☐ | ☒ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| **VOLUNTARY PETITION**<br>(This page must be completed and filed in every case) | **Name of Debtor(s):**<br>**Atchison Casting Corporation** | **FORM B1, Page 2** |

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of the Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**See Schedule 1** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## SIGNATURES

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of Debtor (Corporation or Partnership)** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>_____<br>Signature of Debtor<br><br>_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____ /s/ _____ Thomas K. Armstrong, Jr. _____<br>Signature of Authorized Individual<br><br>Thomas K. Armstrong, Jr.<br>Printed Name of Authorized Individual<br><br>Chief Executive Officer<br>Title of Authorized Individual<br><br>August 4, 2003<br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X _____ /s/ Mark G. Stingley _____<br>Signature of Attorney for Debtor(s)<br><br>Mark G. Stingley<br>Printed Name of Attorney for Debtor(s)<br><br>Bryan Cave LLP<br>Firm Name<br><br>3500 One Kansas City Place, 1200 Main Street<br>Address<br>Kansas City, Missouri 64105<br><br>(816) 374-3200<br>Telephone Number<br><br>August 4, 2003<br>Date | I certify that I am a bankruptcy petition preparer as defined in U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed or Typed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_____<br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.<br><br>If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.<br><br>_____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156. |

| **Exhibit A** |
|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☒ Exhibit A is attached and made a part of this petition. |

| **Exhibit B** |
|---|
| (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>_____<br>Signature of Attorney for Debtor(s)          Date |

**Schedule 1**
**to**
**Voluntary Petition**
**of**
**Atchison Casting Corporation**

**Pending Cases filed by Affiliates of Debtor**

| Name of Debtor | Case Number | Date Filed | District | Relationship | Judge |
|---|---|---|---|---|---|
| Amite Foundry and Machine, Inc. | Unknown | 8/4/03 | Western District of Missouri | Subsidiary | Unknown |
| Prospect Foundry, Inc. | Unknown | 8/4/03 | Western District of Missouri | Subsidiary | Unknown |
| Quaker Alloy, Inc. | Unknown | 8/4/03 | Western District of Missouri | Subsidiary | Unknown |
| Inverness Castings Group, Inc. | Unknown | 8/4/03 | Western District of Missouri | Subsidiary | Unknown |
| Milwaukee Impellor Castings, Inc. | Unknown | 8/4/03 | Western District of Missouri | Subsidiary | Unknown |
| Empire Steel Castings, Inc. | Unknown | 8/4/03 | Western District of Missouri | Subsidiary | Unknown |
| LaGrange Foundry, Inc. | Unknown | 8/4/03 | Western District of Missouri | Subsidiary | Unknown |
| PrimeCast Incorporated | Unknown | 8/4/03 | Western District of Missouri | Subsidiary | Unknown |
| ACC Global Corporation | Unknown | 8/4/03 | Western District of Missouri | Subsidiary | Unknown |
| Claremont Foundry, Inc. | Unknown | 8/4/03 | Western District of Missouri | Subsidiary | Unknown |
| Pennsylvania Steel Foundry & Machine Co., Inc. | Unknown | 8/4/03 | Western District of Missouri | Subsidiary | Unknown |
| Springfield Iron Corporation | Unknown | 8/4/03 | Western District of Missouri | Subsidiary | Unknown |

Form B1, Exh. A (9/97)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In Re:                                    )        **In Proceedings Under Chapter 11**
                                          )
**ATCHISON CASTING CORPORATION,**          )        **Case No. 03-_____**
**et al.,**                                )
                    **Debtors.**          )

## EXHIBIT "A" TO VOLUNTARY PETITION

1.      The Debtor has debt securities registered under the Securities Exchange Act of 1934, the SEC file number is 046613105.

2.      The following financial data is the latest available information and refers to the debtor's condition on May 31, 2003.

a.      Total assets                                      $136,750,000

b.      Total debts (including debts listed in 2.c., below)        $96,846,000

|   |   | Approximate number of holders: |
|---|---|---|
| c. | Debt securities held by more than 500 holders: | None |
| d. | Number of shares of preferred stock outstanding    _____ | None |
| e. | Number of shares of common stock outstanding as of May 15, 2003:    7,723,031 | 592 holders |

f.      Brief description of debtor's business:    The Debtors produce iron, steel and non-ferrous castings and machining for a wide variety of equipment, capital goods and consumer markets.

3.      List the names of any person who directly or indirectly owns, control, or holds, with power to vote, 5% or more of the voting securities of debtor:

| Name | Percentage |
|---|---|
| Benson Associates, LLC | 6% |
| Liberty Wanger Asset Management, L.P. | 6.3% |
| Hugh H. Aiken | 7.7 % |

KC01DOCS\641462.1

# CERTIFICATE OF SECRETARY

## OF

## ATCHISON CASTING CORPORATION

The undersigned, Kevin T. McDermed, hereby certifies that:

(A)     he is the duly elected, qualified and acting Secretary of **Atchison Casting Corporation,** a Kansas corporation, and as such is familiar with the books and records of said corporation;

(B)     attached hereto as Exhibit A is a true and correct copy of a resolution adopted by the Board of Directors of said corporation on July 9, 2003; and

(C)     such resolution has not been amended or revoked and remains in full force and effect.

**IN WITNESS WHEREOF** the undersigned has executed this certificate this 3rd day of August, 2003.

By:   /s/  Kevin T. McDermed
Kevin T. McDermed
Secretary