**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In Re: ) | In Proceedings Under Chapter 11 |
| ) | |
| ATCHISON CASTING CORPORATION, ) | Case No. 03-50965 |
| et al., ) | Joint Administration |
| ) | |
| Debtors. ) | |

**ORDER GRANTING EXTENSION OF**
**DEBTORS' EXCLUSIVITY PERIODS TO FILE PLAN**
**AND DISCLOSURE STATEMENT AND SOLICIT PLAN ACCEPTANCE**

This matter, having come before the Court upon the Debtors' [First] <u>Motion to Extend Debtors' Exclusive Periods to File Plan and Disclosure Statement</u>, and the Court having considered the Motion and for good cause shown,

IT IS HEREBY ORDERED that Debtors' motion is granted such that Debtors' exclusivity periods to file a plan and disclosure statement are extended such that Debtors' 120-day exclusivity period is extended by 90 days to March 1, 2004 and Debtors' 180-day exclusivity period is extended by 90 days to April 30, 2004.

Dated:  November 18, 2003

<u>/s/ Jerry W. Venters</u>

**UNITED STATES BANKRUPTCY JUDGE**

ORDER SUBMITTED BY:

| | |
|---|---|
| Mark G. Stingley | MO #26071 |
| Laurence M. Frazen | MO #31309 |
| Cassandra L. Writz | MO #54624 |
| Tammee E. McVey | MO #42947 |

BRYAN CAVE LLP
1200 Main Street, Suite 3500
Kansas City, Missouri 64105
Telephone:  (816) 374-3200
Facsimile:  (816) 374-3300

Attorneys for Debtors and Debtors in Possession
To Serve

KC01DOCS\659117.1