**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **ATCHISON CASTING CORPORATION** ) | Case No.    03-50965-JWV |
| **et al.,** ) | |
| ) | **Chapter 7** |
| **Now known as** ) | |
| ) | |
| **ACC ADMINISTRATION, INC., et al.,** ) | |
| ) | |
| Debtors. ) | |
| ) | |

**ORDER CLARIFYING TRUSTEE'S OBLIGATIONS UNDER ORDER
AUTHORIZING SALE OF ASSETS AND AUTHORIZING DISBURSEMENT OF FUNDS**

This matter comes before the Court on the Trustee's *Motion for Clarification of Order Authorizing Sale of Assets and Order Directing Disbursement of Funds Held by Escrow Agent*, praying for a determination of the commission due R.J. Greeley Company, L.L.C., the broker approved by this Court to sell certain Assets of the estate, and also praying for an Order that this commission be disbursed from funds held by an escrow agent. Cassandra Writz appears for the Trustee and Bruce Strauss and Victor Weber appear for R.J. Greeley.

THE COURT NOW FINDS

1. That the total consideration paid for the Assets referred to in the Motion was $350,000.

2. That, pursuant to the Listing Agreement between the parties, R.J. Greeley Company, L.L.C. is entitled to a commission of $21,000, that being 6% of the total consideration paid for the Assets.

3. R.J. Greeley has been paid $10,017.56 of its commission.

4. The balance of the commission, namely $10,982.44, is to be paid from an escrow account held by Robert Tassinari, Esq., as escrow agent, which has been held for the purpose of paying the broker's commission, pending written direction from this Court.

5.  If the escrow account has been accruing interest, then all interest accrued is to be paid to R.J. Greeley in addition to the remaining $10,982.44 of its commission, in full satisfaction of the estate's obligation. If the escrow account has not accrued any interest, then R.J. Greeley is not entitled to any interest, and will be paid only $10,982.44, which will fully satisfy the estate's obligation.

Dated: July 19, 2006

/s/ Jerry W. Venters
UNITED STATES BANKRUPTCY JUDGE

ORDER SUBMITTED BY

Bruce E. Strauss     MO #26323
Victor F. Weber      MO #57361
MERRICK, BAKER, & STRAUSS, P.C.

Attorneys for R.J. Greeley Company, L.L.C. to Serve